# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALL CLASS AND DIRECT ACTION PLAINTIFFS,<br><br>**Plaintiff,**<br><br>vs.<br><br>**MATTHEW TROWBRIDGE,**<br><br>**Defendant.** | **4:23CV3248**<br><br>**ORDER** |

The Class and Direct Action Plaintiffs to the multidistrict litigation (MDL) pending in the United States District Court for the District of Minnesota, *In re Cattle and Beef Antitrust Litigation*, No. 22-md-3031 (D. Minn.), have filed this action seeking a Court order compelling Matthew Trowbridge, a nonparty to the MDL litigation, to comply with a subpoena duces tecum pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i). (Filing No. 1). Plaintiffs mailed Mr. Trowbridge copies of the motion (Filing No.1), supporting brief (Filing No. 2), exhibits (Filing No. 3) and declaration (Filing No. 4), on December 21, 2023. Under this district's local rules, the deadline for Mr. Trowbridge to file a brief in opposition to Plaintiffs' motion is January 8, 2024. See NECivR. 7.1(b)(1)(B); Fed. R. Civ. P. 6 (adding 3-days for service by mail). On the Court's own motion, it will extend Mr. Trowbridge's time to respond to the motion to **January 22, 2024.**

**IT IS ORDERED:** Matthew Trowbridge shall file a response in opposition to the Plaintiffs' Motion to Compel and Enforce Compliance with Subpoena (Filing No. 1) on or before **January 22, 2024.** Failure to file any response may result in Plaintiffs' motion being granted as unopposed without delay.

Dated this 27th day of December, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge