IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALL CLASS AND DIRECT ACTION PLAINTIFFS,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW TROWBRIDGE,<br><br>Defendant. | 4:23CV3248<br><br>ORDER |

The Class and Direct Action Plaintiffs to the multidistrict litigation (MDL) pending in the United States District Court for the District of Minnesota, *In re Cattle and Beef Antitrust Litigation*, No. 22-md-3031 (D. Minn.), filed this action seeking a Court order compelling Matthew Trowbridge, a nonparty to the MDL litigation, to comply with a subpoena duces tecum pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i). (Filing No. 1). Plaintiffs have now filed an unopposed motion to withdraw their motion to compel because Mr. Trowbridge has obtained legal counsel, and agreed to comply with the subpoena by producing documents on or before February 2, 2024. (Filing No. 12). Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Unopposed Motion to Withdraw (Filing No. 12) their motion to compel is granted. Plaintiffs' Motion to Compel and Enforce Compliance with Subpoena (Filing No. 1) is deemed withdrawn.
2. The Clerk of Court shall terminate any other outstanding deadlines and close this case.

Dated this 5th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge